**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| BARA HOLDINGS 23 EAST, LLC, | ) |
| | ) Case No.  13 B 26593 (JSB) |
| Debtor. | ) |
| | ) |
| | ) |

**CERTIFICATE OF SERVICE**

    I, Matthew E. McClintock, the undersigned attorney, hereby certify that on March 21, 2014, I caused copies of the ***Notice of Effective Date of Plan*** [D.I. 88] and the ***Notice of Motion and Debtor's Motion for Entry of Final Decree Closing Chapter 11 Case*** [D.I. 89] to be filed through the Court's CM/ECF service, and thereby electronically served upon the parties registered to receive CM/ECF service, and further served by first class mail to the parties shown in the attached service list.

Dated:  March 21, 2014

Respectfully submitted,

**BARA HOLDINGS 23 EAST, LLC**

By:＿＿ /s/ Matthew E. McClintock ＿＿＿＿

GOLDSTEIN & MCCLINTOCK LLLP
Matthew E. McClintock, Esq.
Zoran Balac, Esq.
208 S. LaSalle Street, Suite 1750
Chicago, Illinois 60604
Telephone: (312) 337-7700
Facsimile: (312) 277-2305

*Counsel for the Debtor and Debtor in Possession*

## SERVICE LIST

**Parties Served via CM/ECF**

Aaron Davis on behalf of Creditor US Foods, Inc. f/k/a U.S. Foodservice, Inc.
aaron.davis@bryancave.com,
CHDocketing@bryancave.com;kathryn.flaherty@bryancave.com;thomas.schell@bryancave.com

Faith Dolgin on behalf of Creditor Illinois Department Of Revenue
faith.dolgin@illinois.gov

Harold B. Hilborn on behalf of Interested Party DePaul University
hhilborn@vblhc.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

**Parties Served via U.S. Mail**

| | |
|---|---|
| Patrick S. Layng<br>Office of the U.S. Trustee<br>219 S. Dearborn Street, Room 873<br>Chicago, IL  60604-2027 | Illinois Department of Employment Security<br>Chicago Region- Revenue<br>33 S. State, 10th Fl.<br>Chicago, IL  60603-2802 |
| A Barr Fountain Beverage Sales & Service<br>4424 Prescott Ave.<br>Lyons, Illinois 60534-1932 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 |
| A+ Exhaust, Hood and Duct Cleaning<br>554 Anderson Dr., Suite D<br>Romeoville, Illinois 60446-1696 | Mahoney Environmental<br>1819 Moen Ave.<br>Rockdale, IL 60436-9323 |
| Casa Nostra Bakery<br>3140 Mannheim Rd.<br>Franklin Park, IL 60131-2375 | Miles Media Group<br>P.O. Box 116755<br>Atlanta, GA 30368-6755 |
| City of Chicago<br>Finance Department<br>33 N. LaSalle Street, Suite 700<br>Chicago, IL 60602-3421 | U.S. Foods, Inc.<br>Leslie Bayles, Esq.<br>161 N. Clark Street, Ste 4300<br>Chicago, IL 60601-3315 |
| Edward Don & Company<br>9801 Adam Don Pkwy<br>Woodridge, IL 60517-8136 | DePaul University<br>Varga Berger Ledsky Hayes & Casey<br>125 S. Wacker Dr., Suite 2150<br>Chicago, IL  60606-4473 |
| Flood Brothers<br>4827 W. Harrison Street<br>Chicago, IL 60644-5130 | Matthew T. Aiyash<br>3110 W. 35th Street<br>Oak Brook, Illinois 60523 |
| Illinois Department of Revenue<br>Bankruptcy Department<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | |