## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BARA HOLDINGS 23 EAST, LLC, | ) Case No. 13 B 26593 (JSB) |
| | ) |
| Debtor. | ) |
| | ) |

### ORDER GRANTING FINAL FEE APPLICATION OF GOLDSTEIN & MCCLINTOCK LLLP AS COUNSEL TO THE DEBTOR

Upon consideration of the Final Fee Application of Goldstein & McClintock LLLP as Counsel to the Debtor (the "*Application*"); the Court having reviewed the Application and the Statements and having heard the statements of counsel at a hearing (the "*Hearing*") before the Court; it appearing to the Court that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court finding that the amounts requested in the Statements are reasonable; the Court further finding that the services rendered and expenses incurred by G&M, as described in the Statements, were actual and necessary to the administration of, and actually benefited, the Debtor's bankruptcy estate; the Court further finding that due and adequate notice of the Application and the Hearing was provided; and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Application shall be, and hereby is, granted in its entirety.

2. The Court hereby allows G&M compensation and reimbursement of expenses in the amount of $58,113.56 for the period of June 28, 2013, through March

16, 2014, on a final basis, as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of title 11 of the United States Code.

3. The Court hereby authorizes G&M to apply any remaining amounts held by it in the Effective Date Escrow created in connection with the Debtor's Plan to its allowed claim under this Order and authorizes the Debtor to pay any and all remaining balance of such fees and expenses awarded hereunder to G&M after application of the escrowed funds. *and the voluntary reduction agreed to, as applicable, and as outlined in paragraph 28 of the Application.* /JSB/

Dated: April 11, 2014

_____
United States Bankruptcy Judge