UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 13-26593
BARA HOLDINGS 23 EAST, LLC )
)
) Chapter: 11
)
) Honorable Janet S. Baer
)
Debtor(s) )

**FINAL DECREE CLOSING THE DEBTOR'S CHAPTER 11 CASE**

     Upon the motion (the "Motion"), dated March 21, 2014, of Bara Holdings 23 East, LLC (the "Debtor"), pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, seeking to close the chapter 11 case of the Debtor; the Debtor's estate having been fully administered; and it appearing that consideration of the Motion and the relief requested therein is a core proceeding under 28 U.S.C. § 157(b) and that the Court has jurisdiction to consider the same; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the legal and factual bases set forth in the Motion establishing just and sufficient cause to grant the relief requested therein; and upon all of the proceedings before the Court, IT IS HEREBY ORDERED:

  1.  The Motion is granted.

  2.  The Debtor's chapter 11 case, 13 B 26593 (the "Chapter 11 Case"), is hereby closed; provided, however, that the Court shall retain jurisdiction as provided for in Article XI of the Plan and to hear and determine all matters arising from or related to this Final Decree.

  3.  Entry of this Final Decree is without prejudice to the rights of the Debtor or any party in interst to seek to reopen the Chapter 11 Case for cause.

                                            Enter: *[signature: Janet S. Baer]*

                                                      Honorable Janet S. Baer

Dated:  April 22, 2014                                  United States Bankruptcy Judge

**Prepared by:**

Goldstein & McClintock LLLP
208 S. LaSalle Street, Suite 1750
Chicago, IL 60604
(312) 337-7700